IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| CLARA REECE FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-92-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| ALLIANT ENERGY CORPORATE SERVICES, INC., | ) | IN A CIVIL CASE |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    Plaintiff, Clara Reece Fuller, take nothing and this action is dismissed.

Dated: October 16, 2006

PRIDGEN J. WATKINS
Clerk

/s/ des
(By) Deputy Clerk

A copy of this document has been
mailed/faxed to all counsel of record, pro
se parties and others listed and not shown
as having been served electronically
under the cm/ecf system:

by: /s/ des 10/16/06